DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

FILED
Dec 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BENJAMIN ORTIZ,<br><br>    Defendant. | CASE NO. 4:20-mj-71808-MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 10, 2020, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    ☐    Indictment

    ☐    Information

    ☐    Criminal Complaint

    X    Other (describe) : Pretrial Violation Petition

pending in the Southern District of California, Case Number CR 20-02047-CAB-2.

    In that case (copy of pretrial release violation petition attached), the defendant is charged with violating the pretrial release conditions that he not use or possess a narcotic drug or other controlled

v. 7/10/2018

substance without a lawful medical prescription, and that he must participate in and complete a program of inpatient substance abuse therapy and counseling. The petition alleges that the defendant admitted to methamphetamine use on July 22, 2020, August 5, 2020, and August 8, 2020, and that he walked away from the New Bridge Foundation inpatient treatment program on August 24, 2020.

Respectfully Submitted,

DAVID L. ANDERSON
UNITED STATES ATTORNEY

Date: December 10, 2020

*/s/ Katherine M. Lloyd-Lovett*
KATHERINE M. LLOYD-LOVETT
Assistant United States Attorney

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| Benjamin Ortiz (2) | Case Number: 20-cr-02047-CAB-2 |

# NOT FOR PUBLIC VIEW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Benjamin Ortiz (2)_____
                                                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition
☒ Pretrial Violation

charging him or her with (brief description of offense):

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Rinehart | 8/26/2020, San Diego, CA |
| Signature of Deputy | Date and Location |
| Bail fixed at $ No Bail | by The Honorable Cathy Ann Bencivengo |
| | Name of Judicial Officer |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | S. WEISMAN DUSM | |
| DATE OF ARREST 12/9/2020 | | |

PS8D
(05/08)

**Name of Defendant:** Benjamin Ortiz  August 25, 2020
**Docket No.:** 3:20-cr-02047-CAB-2  Page 1

PS8D
(08/20)

August 25, 2020

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

## Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Benjamin Ortiz    **Dkt No.:** 3:20-cr-02047-CAB-2

**Name of Judicial Officer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge

**Date Conditions Ordered:** July 15, 2020, before the Honorable Linda Lopez, U.S. Magistrate Judge

**Charged Offense:** Title 21; U.S.C. 952 - Importation of Methamphetamine

**Conditions of Release:** *Mandatory Conditions* - must not violate federal, state, or local law during the period of release; must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a. *Standard Conditions* - must appear in court as ordered and surrender as directed to serve any sentence; must not possess a firearm, destructive device, or other dangerous weapon; must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription; must not use or possess marijuana under any circumstances; must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the release from custody, whichever is later; must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; must advise the Court or the Pretrial Services Office in writing of: (1) current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have it read in their native language; must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form; travel is restricted to the State of California; must not enter Mexico. *Additional Conditions* – must actively seek or continue full-time employment, or schooling, or a combination of both; must reside with a family member, surety, or at a residence approved by the Pretrial Services Office, including any contract facility; must surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document; must submit to psychological/psychiatric treatment at Pretrial Services' discretion; must submit to drug/alcohol testing no more than eight timers per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office; must participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office; must participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology: Curfew – restricted to residence every day from 8:00 p.m. to 8:00 a.m.

**Modification:** On August 18, 2020, the Honorable Linda Lopez agreed to remove the location monitoring condition in order for the defendant to participate in residential treatment program.

**Date Released on Bond:** July 15, 2020

**Next Court Hearing:** August 28, 2020, at 10:30 am, for a Motion Hearing/Trial Setting before your Honor.

PS8D
(05/08)

| | |
|---|---|
| **Name of Defendant:** Benjamin Ortiz | August 25, 2020 |
| **Docket No.:** 3:20-cr-02047-CAB-2 | Page 2 |

| | |
|---|---|
| **Asst. U.S. Atty.:** Kathryn A. Thickstun<br>619-523-5375 | **Defense Counsel:** J'me Forrest (appointed)<br>619-546-6741 |

**Prior Violation History:** The defendant is currently being supervised in the Northern District of California and is being supervised by Pretrial Services Officer (PSO) Anthony Granados. On July 29, 2020, Mr. Ortiz admitted to using methamphetamine on July 22, 2020. He advised he had enrolled in substance abuse group meetings through Pathways Society in San Jose, California. PSO Granados advised the defendant would also be referred to an outpatient substance abuse program. On July 30, 2020, your Honor was informed of the violation and agreed to hold action in abeyance.

On August 14, 2020, the defendant informed PSO Granados that he had used methamphetamine on August 5, 2020 and August 8, 2020. PSO Granados secured placement for the defendant in a residential treatment facility. On August 18, 2020, the Honorable Linda Lopez was informed of the violation and agreed to hold action in abeyance.

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| (Standard Condition)<br><br>The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. | 1. On July 29, 2020, the defendant admitted to using methampheatmine on July 22, 2020.<br><br>2. On August 14, 2020, the defendant admitted to using methamphetamine on August 5, 2020 and August 8, 2020. |

*Grounds for revocation:*

On July 15, 2020, the Court set conditions of release which included the condition the defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. On July 29, 2020, Pretrial Services reviewed the conditions of release set by the Court with the defendant. At that time the defendant acknowledged understanding his conditions of release and consequences of non-compliance.

The defendant resides in the Northern District of California and is being supervised by Pretrial Services Officer (PSO) Anthony Granados.

On July 29, 2020, Pretrial Services spoke with the defendant and reviewed his conditions of release set by the court. At that time the defendant he admitted to using methamphetamine on July 22, 2020. He further stated he enrolled himself in outpatient treatment.

On August 14, 2020, the defendant informed PSO Granados that he had used methamphetamine on August 5, 2020 and August 8, 2020. PSO Granados secured placement for the defendant at New Bridge

PS8D
(05/08)

**Name of Defendant:** Benjamin Ortiz  August 25, 2020
**Docket No.:** 3:20-cr-02047-CAB-2  Page 3

Foundation, an inpatient drug treatment program located in the Northern District of California.

| **CONDITION(S)** | **ALLEGATION(S) OF NONCOMPLIANCE** |
|---|---|
| (Additional Condition) | |
| The defendant must participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. | 1. On August 24, 2020, the defendant walked away from the New Bridge Foundation inpatient drug treatment program. |

*Grounds for revocation:*

On July 15, 2020, the Court set conditions of release which included the condition the defendant must participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. On July 29, 2020, Pretrial Services reviewed the conditions of release set by the Court with the defendant. At that time the defendant acknowledged understanding his conditions of release and consequences of non-compliance.

The defendant resides in the Northern District of California and is being supervised by Pretrial Services Officer (PSO) Anthony Granados.

On August 14, 2020, the defendant informed PSO Granados that he had used methamphetamine on August 5, 2020 and August 8, 2020. PSO Granados secured placement for the defendant at New Bridge Foundation, an inpatient drug treatment program located in the Northern District of California.

On August 24, 2020, PSO Granados was informed the defendant walked away from the New Bridge Foundation program. The defendant sent a text message to PSO Granados stating the program was not for him and he should be referred to an "easier center." PSO Granados spoke with staff at New Bridge Foundation. Staff advised the defendant did not like the structure of the program. PSO Granados left several messages for the defendant to discuss treatment but did not receive a response. As of the submission of this petition, a response has not been received from the defendant and his whereabouts are unknown.

**SUPERVISION ADJUSTMENT**

The defendant was placed on pretrial release less than two months ago and his adjustment thus far has been unsatisfactory. The defendant admitted to using methamphetamine on three separate occasions and walked away from inpatient treatment. His whereabouts are currently unknown. Based on the defendant's non-compliance, the defendant appears either unable or unwilling to abide by the Court's directives.

A criminal computerized record check conducted on August 25, 2020, revealed no new arrests or convictions.

**RECOMMENDATION/JUSTIFICATION**

Considering the aforementioned, Pretrial Services respectfully recommends your Honor issue a no bail bench warrant to bring the defendant before the Court to show cause as to why his bond should not be revoked.

PS8D
(05/08)

**Name of Defendant:** Benjamin Ortiz August 25, 2020
**Docket No.:** 3:20-cr-02047-CAB-2 Page 4

**I declare under penalty of perjury that the forgoing is true and correct.**

**Executed on:** August 25, 2020

Respectfully submitted: Review and approved:

Lori Garofalo
Chief U.S. Pretrial Services Officer

by _/s/ Allie Zekan_ _/s/ K. Hazard_
Allie Zekan Kim Hazard
U.S. Pretrial Services Officer Supervisory U.S. Pretrial Services Officer
619-557-2990
Place: San Diego, California

---

**THE COURT ORDERS:**

__X__ **AGREE,** issue a no bail bench warrant for the defendant's arrest and order him to show cause why his bond should not be revoked.

_____ Other _____

_/s/ Cathy Ann Bencivengo_ 8/26/2020
The Honorable Cathy Ann Bencivengo Date
U.S. District Judge